THE PEOPLE ex rel. MARY HEITKEMPER, Respondent, v. THE TRUSTEES OF BELLEVUE AND ALLIED HOSPITALS, AT BELLEVUE HOSPITAL, IN THE CITY OF NEW YORK, Respondent. AUSTIN H. MacCORMICK, Appellant.— Order unanimously

affirmed, with twenty dollars costs and disbursements to the respondent, Mary Heitkemper. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.